**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-8095**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BETTY J. MURPHY,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  N. Carlton Tilley, Jr., Chief District Judge. (CR-89-280, CA-01-858-1)

———————————

Submitted:  March 21, 2002                    Decided:  April 1, 2002

———————————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Betty J. Murphy, Appellant Pro Se.  Benjamin H. White, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Betty Jean Murphy appeals from the district court's order denying her motion for modification of her term of imprisonment. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Murphy</u>, Nos. CR-89-280; CA-01-858-1 (M.D.N.C. Nov. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>